```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED
```

AUG 2 2 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANCE EMIGH,

    Plaintiff,

v.

MONROE STATE PRISON, et al.,

    Defendants.

CASE NO.  C08-976-JLR-JPD

ORDER DISMISSING § 1983 ACTION

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The complaint and this action are DISMISSED without prejudice.

(3) Plaintiff's application for leave to proceed *in forma pauperis* is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this 22nd day of August, 2008.

JAMES L. ROBART
United States District Judge

08-CV-00976-ORD

ORDER DISMISSING § 1983 ACTION